IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YURY USTAYEV, : | | |
| Plaintiff, | : | |
| | : | |
| v. | : Civ. No. 13-353 | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | |
| Defendant. | : | |
| | : | |

FILED
JAN 31 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 31st day of January, 2014, upon consideration of Plaintiff's Request for Review, Defendant's response, and Plaintiff's reply thereto, and after careful review of the Report and Recommendation of Magistrate Judge David R. Strawbridge (Doc. No. 18) to which no objections have been made, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 9) is **GRANTED**;

3. The decision of the Commissioner is **VACATED**; and

4. The matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

5. The Clerk shall mark this case **CLOSED.**

AND IT IS SO ORDERED.

_____
Paul S. Diamond, J.